IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2022 NOV 30 PM 1:52
JEFFREY P. COLWELL
CLERK
BY_____ DEP. CLK

Civil Action No. _____
(To be supplied by the court)

ADRIENNE AVRIL PERER, Plaintiff

v.

Heidi S. McCollum,

Joseph R. Kirwan,

Cara Dunkelman,

Gianni Robinson, Defendant(s).

**Jury Trial requested:**
(please check one)
X Yes ___ No

(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)

## COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

**A. PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Adrienne Avril Perer, PO Box 1177, Avon, Colorado 81620
(Name and complete mailing address)

970·376·4031    ennep73@hotmail.com
(Telephone number and e-mail address)

**B. DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Heidi S. McCollum, PO Box 295, Eagle, CO 81631
(Name and complete mailing address)

970·328·6947
(Telephone number and e-mail address if known)

Defendant 2: Joseph R. Kirwan, PO Box 295, Eagle CO 81631
(Name and complete mailing address)

970·328·6947
(Telephone number and e-mail address if known)

Defendant 3: Cara Dunkelman, PO Box 295, Eagle CO 81631
(Name and complete mailing address)

970·328·6947
(Telephone number and e-mail address if known)

Defendant 4: Gianni Robinson, PO Box 295, Eagle CO 81631
(Name and complete mailing address)

970·328·6947
(Telephone number and e-mail address if known)

## C. JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

____ Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

18 USC 241, 18 USC 242, 18 USC 1346, 18 USC 1961, 18 USC 876, 18 USC 1001, ~~42~~ 42 USC 3617, US Const 4A

____ Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of __Colorado__.

If Defendant 1 is an individual, Defendant 1 is a citizen of __Colorado__.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of _____ (name of state or foreign nation).

Defendant 1 has its principal place of business in _____ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3

**C. JURISDICTION**

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

____ Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

18 USC 241, 18 USC 242, 18 USC 1346, 18 USC 1961, 18 USC 876, 18 USC 1001, ~~18~~ 42 USC 3617, US CONST 4A

____ Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of ___Colorado___.

If Defendant 2 is an individual, Defendant 1 2 is a citizen of ___Colorado___.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of _____ (name of state or foreign nation).

Defendant 1 has its principal place of business in _____ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3

**C.  JURISDICTION**

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

____ Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

18 USC 241, 18 USC 242, 18 USC 1346, 18 USC 1961, 18 USC 876, 18 USC 1001, ~~18~~ 42 USC 3617, US Const. 4A

____ Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of __Colorado__.

If Defendant ~~1~~ 3 is an individual, Defendant ~~1~~ 3 is a citizen of __Colorado__.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of _____ (name of state or foreign nation).

Defendant 1 has its principal place of business in _____ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3

## C.   JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

____   Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

18 USC 241, 18 USC 242, 18 USC 1346, 18 USC 1961, 18 USC 876, 18 USC 1001, ~~42~~ 42 USC 3617, US Const. HA

____   Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of __Colorado__.

If Defendant 4 is an individual, Defendant 4 is a citizen of __Colorado__.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of _____ (name of state or foreign nation).

Defendant 1 has its principal place of business in _____ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3

## D. STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: See attached Affidavit of Truth, Exhibit B

Supporting facts:

4

### E. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

I have spent 1000's of hours addressing these matters and issues, to defend myself against an onslaught of legal abuse. Time spent: 2240 Hours. Rate $500.00 HR. Total $1,120,000.00

Pain and suffering, including but not limited to; loss of work, loss of sleep, extreme duress, social stigma, intimidation, fear of arrest, fear of safe travel in private property, arrest in front of minor son; $21,000,000.00 See exhibit A

### F. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

by: Adrienne Avril Perer
(Plaintiff's signature)

November 30, 2022
(Date)

(Revised February 2022)