Exhibit B

# Affidavit Of Truth In Support of ~~Criminal~~ Complaint

"STATE OF COLORADO"

>"Indeed, no more than (affidavits) is necessary to make the prima facie case." United States v. Kis, 658 F.2nd, 526, 536 (7th Cir. 1981); cert Denied, 50 U.s. L.w. 2169; S. ct. March 22, 1982

That I, Adrienne Avril Perer, a living woman, herein after "Affiant", being first duly sworn, depose and proclaim and declare by my hand that the following facts are true, correct and complete to the best of my knowledge and belief.

1. Affiant; claims Heidi S. McCollum, Joseph R. Kirwan, Cara Dunkelman and Gianni Robinson, herein after, agents and/or employees, trespass by way of, but not limited to; filing false claims and malicious prosecution;

2. Since April 13, 2021 affiant has been under relentless attacks and abuses form several employees of Eagle County, including but not limited to; deprivation of rights, trespass, barratry, unlawful incarceration.

3. The affiant claims that these agents and employees have denied her proper due process, have failed to prove jurisdiction, have ignored her refusal to contract, have forced compliance under duress, and are threatening further harm and damages.

4. These agents and employees of Eagle County deprived affiant of her rights by not adhering to the law or the Colorado Constitution, particularly Article II-The Bill of Rights, section 8., "*Until otherwise provided by law, no person shall, for a felony, be proceeded against criminally otherwise than by indictment, ...* ", when on October 5th, 2022 affiant was arrested, detained and charged for felonies without an indictment;

5. Additionally, these agents and employees are attempting to obstruct affiant's *Freedom of Speech*, by concocting and devising arbitrary motions to impede her ability to file crucial information into cases in which she is the accused (see attached Exhibit A).

6. These Eagle County agents and employees are attempting to prosecute, the affiant without a valid claim or an injured party, using a fictitious entity "THE STATE OF COLORADO", as plaintiff, denying the right to face a witness.

7. These County employees also conspired to lodge an "Affidavit in Support of Arrest Warrant"(see attached Exhibit A) authored by a third party (Gianni Robinson), based on hearsay, presumptions, spurious accusations and outright fallacies including, but not limited to claims of "cyber crimes" with outlandish statements about using the irs.gov website. This site is not only open to the people, but the use of the site is encouraged by the IRS and affiant never reported anything through this site;

8. Affiant is being retaliated against by these county employees, for doing her best, good faith effort to report a taxable event/events to the IRS;

9. C.R.S. 39-27-101 (15) "In this state", (federal enclave), means within the exterior limits of the state of Colorado and includes all territories within these limits owned by or ceded to the United States of America; therefore these agents have over stepped their limited jurisdiction and are operating beyond the scope of their office.

10. These employees and agents of Eagle county have securitized the court cases in the name of ADRIENNE AVRIL PERER as evidenced by CUSIP numbers 55272P208, 67065L880 and 045419835;

11. The trespass by these Eagle county agents and employees did and does continue to cause harm as; affiant is being unlawfully threatened; kept from caring for her family which is causing them harm; affiant is under extreme duress;

12. These unlawful and aggressive actions by the agents and employees of Eagle County are depriving affiant of the ability to earn a profitable living

13. These agents and employees have repeatedly, in their documentation, used libelous statements and false assumptions targeting the affiant as a "Sovereign Citizen" in an attempt to categorize the affiant to appear to be associated with certain groups or ideologies to justify their intent to persecute and cause irreparable harm...

14. These agents and employees, on or about November 10, 2022, had affiants bond revoked, claiming that affiant did not technically violate amended bond conditions, but apparently violated the "Spirit" of the conditions, this is malicious overreaching, they are altering conditions on a private contract without standing and with willful intent to cause harm.

15. I require and demand immediate release from all bonds and warrants

. Further Affiant Sayeth Not.

Done this 30 day of November 2022 A.D.

By _Adrienne Avril Perer_
Adrienne Avril Perer, Affiant

## OATH

SUBSCRIBED TO AND SWORN before me this 30th day of November, A.D. 2022, a Notary, that Adrienne Avril Perer, specially appeared and known to me to be the one whose name subscribed to the within instrument and acknowledged to be the same.

_Dominguez_

My commission expires: 09/11/2025

LAURA DOMINGUEZ OLIVAS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20174037808
MY COMMISSION EXPIRES 09/11/2025